

**FILED**
**5/17/2012**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**RECEIVED**

FEB 1 0 2012

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Ken F. Sherman
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Officer
Emilio
Chiappetta  # 351

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

12 C 0953
Judge Rebecca R. Pallmeyer
Magistrate Judge Sidney I. Schenkier

**CHECK ONE ONLY:**

__X__   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Ken F. SHERMAN

B. List all aliases: Kenneth SHerman

C. Prisoner identification number: P00017749

D. Place of present confinement: MARATHON County Ja.

E. Address: 500 Forest ST. WAUSAU, WI 54403

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: EMILIO CHIAppeTTA
Title: Police OFFICER
Place of Employment: ADDISON ILL. Police Department
3 FriendShip Plz. ADDison IL 60101

B. Defendant: ___
Title: ___
Place of Employment: ___

C. Defendant: ___
Title: ___
Place of Employment: ___

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 04C-437

B. Approximate date of filing lawsuit: Aug 04

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Ken Sherman

D. List all defendants: Randall Hoenish, John Reed, Robert Dickman

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): W.D. Wisconsin

F. Name of judge to whom case was assigned: Judge CRABB

G. Basic claim made: Violation of Wiretapping While Prisoner

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed / No Strike Because State Law Claim Not Dismissed

I. Approximate date of disposition: September 04

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

Defendant was acting under color of law at all times during the incident.

1. On February 27,2010 plaintiff was walking down Lake street in Addison Ill.
2. Plaintiff was not committing any crime felony nor misdemeanor.
3. Defendant Chiappetta stopped plaintiff while plaintiff was walking stating plaintiff looked " confused".
4. Defendant asked plaintiff were he was going plaintiff stated to his doctor's office.
5. Plaintiff was asked to place his hands on squad car for pat search.
6. At no time was any crime committed.
7. Plaintiff gave defendant name which came back with no record.
8. Defendant asked how plaintiff got to lake street , plaintiff stated he was dropped off by his brother Mike Sherman.
9. Defendant ran Mike shermans name which came back with warrant.
10. Defendant requested a evidence technician to assist a scene, whereas when evidence tech came he photographed plaintiff's shoes.
11. Defendant asked plaintiff to go to police station to verify he wasn't Mike Sherman, plaintiff did not want to go but was told he would be charged with obstruction of officer.
12. At no time did plaintiff feel he was free to walk away. Nor did plaintiff voluntarily go to police station. There also was no consent.
13. Plaintiff was pat searched prior to entering squad car.
14. Defendant ran fingerprint check and verified plaintiff was not Mike Sherman but defendant told plaintiff he wanted to run further check , even though the defendant was told if he wasn't Mike Sherman he could go,, but plaintiff was seized and not allowed to leave.
15. After further fingerprint check defendant discovered plaintiff had a warrant and arrested him.
16. Plaintiff was charged with possession of controlled substance even thoug plaintiff was searched 3 times prior .
17. Plaintiff was detained in Dupage county Jail for five months fighting charges , which were subsequently dismissed for lack of consent and no probable cause on July 8th.
18. **Cause of Action 4th amendment Unreasonable seizure**
Defendants actions of seizing plaintiff and taking him to police station without probable cause , consent was in violation of the plaintiff's rights secured under fourth amendment.
19. **False Arrest /False imprisonment 4th amendment**

Defendant Chiapetta violated plaintiffs rights to be free from false arrest when he was detained and restricted of his liberty at police station, since the detainment was involuntary and no probable cause.

20. **Statutory indemnification under ILL stats.** 745 ILCS 10/9-102

Plaintiff requests the Town of Addison indemnify the defendant since he was on duty as a Addison police officer.

**RELIEF**

Compensatory damages for 4th amendment violation in the amount of $25,000.
Nominal damages for 4th amendment violation. and punitive DAmages
Also any other relief the court deems just.
JURY TRIAL DEMANDED.

I certify THAT THe facts STated in THis Complaint are True To THe Best of my Knowledge. I UNDerstand THAT THis Certification is NOT CoRRect, I may Be SuBJect To SANCTions By THe Court.

Dated
FeBruary 1st 2012

Ken F. Sherman
Ken F. SHerman # Pooo17749
500 Forest ST
MARaTHon County Jail
WAuSau, WI 54403